**Order entered September 15, 2017**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00659-CR

**DAVE ESTER NEWMAN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F16-30710-N**

## ORDER

The record was due July 31, 2017. By postcard dated August 2, 2017, we notified court reporter Velma Lopez that the reporter's record was overdue and directed her to file the reporter's record by September 1, 2017. To date, the reporter's record has not been filed and we have had no correspondence from Ms. Lopez.

We **ORDER** court reporter Velma Lopez to file, within **FIFTEEN DAYS** of the date of this order, the complete reporter's record in this appeal. We caution Ms. Lopez that the failure to file the reporter's record by that time will result in the Court taking whatever remedies it has available to ensure the complete reporter's record in this appeal is filed.

We **DIRECT** the Clerk to send copies of this order to the Honorable Hector Garza, Presiding Judge, 195th Judicial District Court; to Velma Lopez, official court reporter of the 195th Judicial District Court; and to counsel for all parties.


/s/    ADA BROWN
          JUSTICE